PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: EASTERN | SECTION "M" (2) |
|---|---|---|

| Name (under which you were convicted): JIMMY WOODROW MAGEE | | Docket or Case No.: 19-9487 |
|---|---|---|

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 15 2019
WILLIAM W. BLEVINS
CLERK

| Place of Confinement: DIXON CORRECTIONAL INSTITUTE | Prisoner No.: 06 506356 |
|---|---|

| Petitioner (include the name under which you were convicted) JIMMY WOODROW MAGEE | v. | Respondent (authorized person having custody of petitioner) WARDEN JASON KENT, et al. |
|---|---|---|

| The Attorney General of the State of LOUISIANA |
|---|

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
22ND JUDICIAL DISTRICT COURT, PARISH OF WASHINGTON, STATE OF LOUISIANA
P.O. BOX 607 FRANKLINTON, LA 70438-0607

(b) Criminal docket or case number (if you know): 12-CR8-119574

2. (a) Date of the judgment of conviction (if you know): April 30, 2014

(b) Date of sentencing: April 30, 2014

3. Length of sentence: TWENTY-FIVE (25) YEARS WITHOUT PROBATION, PAROLE, OR SUSPENSION OF SENTENCE

4. In this case, were you convicted on more than one count or of more than one crime? (Yes)   No

5. Identify all crimes of which you were convicted and sentenced in this case:
FORCIBLE RAPE, SECOND DEGREE KIDNAPPING

6. (a) What was your plea? (Check one)

(1) ● Not guilty          (3)  Nolo contendere (no contest)

(2)  Guilty                (4)  Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count ro charge, what did
you plead guilty to and what did you plead not guilty to?

Fee
Process
X Dktd.
CtRmDep
Doc. No.

~~TENDERED FOR FILING~~

MAY 15 2019 CW

(c) If you went to trial, what kind of trial did you have? (Check one)

(Jury)     Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

(Yes)     No

8.   Did you appeal from the judgment of conviction?

(Yes)     No

9.   If you did appeal, answer the following:

(a) Name of court: __FIRST CIRCUIT, COURT OF APPEAL__

(b) Docket or case number (if you know): __2015 - KA - 0105__

(c) Result: __DENIED__

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): __2015 - KA - 0105__

(f) Grounds raised: __PETITION__

(g) Did you seek further review by a higher state court?     (Yes)     No

If yes, answer the following:

(1) Name of court: __SUPREME COURT OF LOUISIANA__

(2) Docket or case number (if you know): __2017 - KW - 0681__

(3) Result: __DENIED__

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: __PETITION__

(h) Did you file a petition for certiorari in the United States Supreme Court?     Yes     (No)

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, application, or motions concerning this judgment of conviction in any state court?     (Yes)     No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)     (1) Name of court: __22nd JUDICIAL DISTRICT COURT__

(2) Docket or case number (if you know): __12 - CR8 - 119574__

(3) Date of filing (if you know): __MAY 10, 2017__

(4) Nature of the proceeding: __TRIAL COURT TO ALLOW TRANSCRIPTS__

(5) Grounds raised: __PETITION__

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ( )        No (✓)

(7) Result: __DENIED__

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ( )        No ( )

(7) Result: _____

(8) Date of Result (if you know):

(c) If you filed any third petition, application, or motion, give the same information: _____

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ( )        No ( )

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:        (Yes)        No

(2) Second petition:        Yes        No

(3) Third petition:        Yes        No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties fo the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court

remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _COUNSEL KNIGHT'S INEFFECTIVE ASSISTANCE OF COUNSEL BY NOT PRO-_
_PERLY PREPARING A DEFENSE, INVESTIGATING ANY PORTION OF THE DEFENSE OR PRO-_
_SECUTION'S CASE, NOR BEING A VALUABLE ADVOCATE FOR THE DEFENSE_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): _PETITION, 28_
_U.S.C. § 2254_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    (Yes)        No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes (✔)        No ( )

(2) If your answer to Question (d)(1) is "Yes," state: _____
Type of motion or petition: _POST-CONVICTION RELIEF APPLICATION_
Name and location of the court where the motion or petition was filed: _22nd JUDICIAL DISTRICT COURT_
_P.O. BOX 607 FRANKLINTON, LA 70438-0607_
Docket or case number (if you know): _12-CR8-119574_
Date of the court's decision: _MAY 24, 2018_
Result (attach a copy of the court's opinion or order, if available): _SUBMITTED_

(3) Did you receive a hearing on your motion or petition?    Yes ( )        No (✔)

(4) Did you appeal form the denial of your motion or petition?    Yes (✔)        No ( )

(5) If your answer to Question (d)(4) if "Yes," did you raise this issue in the appeal?    Yes (✔)        No ( )

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **FIRST CIRCUIT, COURT OF APPEAL**
**P.O. BOX 4408  BATON ROUGE, LA 70821-4408**

Docket or case number (if you know): **2015 - KA - 0105**

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No." explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: __**NA**_____

_____

_____


**GROUND TWO:** **VIOLATION OF MIRANDA RIGHTS AND LA C.Cr.P. ARTICLE 218.1**

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **PETITION, 28 U.S.C.**
**§ 2254**

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Two:**

(1)  If you appealed form the judgment of conviction, did you raise this issue?     (Yes)     No

(2)  If you did not raise this issue in your direct appeal, explain why:          Yes     No


(d)    **Post-Conviction Proceedings:**   **POST- CONVICTION RELIEF APPLICATION**

(1)  Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? _____

 (Yes)     No

5

(2)  If your answer to Question (d)(1) is "Yes," state: _____

Type of motion or petition:  **POST - CONVICTION RELIEF APPLICATION**

Name and location of the court where the motion or petition was filed:  **22nd JUDICIAL DISTRICT COURT**
**P.O. BOX 607 FRANKLINTON, LA 70438-0607**

Docket or case number (if you know):  **12 - CR8 - 119574**

Date of the court's decision:  **MAY 24, 2018**

Result (attach a copy of the court's opinion or order, if available):  **SUBMITTED**

(3)  Did you receive a hearing on your motion or petition?               Yes( )       No (✓)

(4)  Did you appeal form the denial of your motion or petition?          Yes(✓)      No ( )

(5)  If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   Yes(✓)   No ( )

(6)  If your answer to Question (d)(4) is "Yes," state: _____

Name and location of the court where the appeal was filed:  **FIRST CIRCUIT, COURT OF APPEAL P.O. BOX 4408**
**BATON ROUGE, LA 70821-4408**

Docket or case number (if you know):  **2015 - KA - 0105**

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):  **DENIED**

(7)  If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two.  **NA**

GROUND THREE:  **BRADY ISSUE VIOLATIONS**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):  **PETITION, 28 U.S.C.**
**§ 2254**

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed form the judgment of conviction, did you raise this issue?     Yes☑     No

(2) If you did not raise this issue in your direct appeal, explain why:     Yes     No

_____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑     No ( )

(2) If your answer to Question (d)(1) is "Yes," state: _____

Type of motion or petition: **POST-CONVICTION RELIEF APPLICATION**

Name and location of the court where the motion or petition was filed: **22nd JUDICIAL DISTRICT COURT**
**P.O. BOX 607 FRANKLINTON, LA 70438-0607**

Docket or case number (if you know): **12-CR8-119574**

Date of the court's decision: **MAY 24, 2018**

Result (attach a copy of the court's opinion or order, if available): **DENIED**

_____

(3) Did you receive a hearing on your motion or petition?     Yes ( )     No ☑

(4) Did you appeal form the denial of your motion or petition?     Yes ☑     No ( )

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     Yes ☑     No ( )

(6) If your answer to Question (d)(4) is "Yes," state: _____

Name and location of the court where the appeal was filed: **FIRST CIRCUIT, COURT OF APPEAL P.O.**
**BOX 4408 BATON ROUGE, LA 70821-4408**

Docket or case number (if you know): **2015-KA-0105**

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): **DENIED**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two. **NA**

GROUND FOUR: **COMPULSORY PROCESS AS STATED IN LA C.Cr.P. ARTICLE 731**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): **PETITION, 28 U.S.C. § 2254**

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed form the judgment of conviction, did you raise this issue?    Yes (✓)    No ( )

(2) If you did not raise this issue in your direct appeal, explain why:    Yes ( )    No ( )

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes (✓)    No ( )

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: **POST-CONVICTION RELIEF APPLICATION**

Name and location of the court where the motion or petition was filed: **22ⁿᵈ JUDICIAL DISTRICT COURT P.O. BOX 607 FRANKLINTON, LA 70438-0607**

Docket or case number (if you know): **12-CRB-119574**

Date of the court's decision: **MAY 24, 2018**

Result (attach a copy of the court's opinion or order, if available): **DENIED**

(3) Did you receive a hearing on your motion or petition?   Yes ( )   No ✓

(4) Did you appeal form the denial of your motion or petition?   Yes ✓   No ( )

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   Yes ✓   No( )

(6) If your answer to Question (d)(4) is "Yes," state: _____

Name and location of the court where the appeal was filed: **FIRST CIRCUIT COURT OF APPEAL P.C. BOX 4408 BATON ROUGE, LA 70821 - 4408**

Docket or case number (if you know): **2015- KA - 0105**

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): **DENIED** _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two. **NA** _____

_____

_____

13.   Pleas answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ✓   No ( )

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, what ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ( )   No ✓

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?          Yes ( )          No (✓)

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the ground raised. _____

_____

_____

18.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ( )          No (✓)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?          Yes ( )          No ( )

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

40241
SE7 10/07

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution ro laws of the united States is removed, if the applicant was prevented from filing by such state action;

    (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)  he date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect of the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: DUE TO THE CONSTITUTIONAL VIOLATIONS AND STATUTORY VIOLATIONS THAT TOOK PLACE FROM THE BEGINNING OF THIS CASE UNTIL THIS DAY, THIS PETITION NEEDS SUBMITTING DUE TO THE DUE PROCESS, EQUAL PROTECTION RIGHTS, WRONG DOINGS BY THE SHERIFF'S OFFICE, PROSECUTORIAL MISCONDUCT, INEFFECTIVE ASSISTANCE OF COUNSEL, AND ALLOWING THE ALLEGED VICTIM TO BRING MATERIAL IN WITHOUT ASSISTANCE OF POLICE PREJUDICING THIS CASE FROM THE BEGINNING UNTIL THIS HONORABLE FEDERAL COURT RECOGNIZES IT,

_____NA_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.