# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIMMY WOODROW MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9487** |
| **WARDEN JASON KENT** | **SECTION "M"(2)** |

## ORDER

Considering the application and affidavit to proceed  in forma pauperis,

**IT IS ORDERED** that:

[X]   the motion is GRANTED; the party is entitled to proceed
      in forma pauperis.

[ ]   the motion is MOOT; the party was previously granted pauper status.

[ ]   the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ]   the motion is DENIED as MOOT; the filing fee has already been paid.

[ ]   the motion is DENIED; the party is not entitled to proceed in
      forma pauperis for the listed reasons:

_____

_____

_____

_____

New Orleans, Louisiana, this _____25th_____ day of April, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

TENDERED FOR FILING

MAY 1 5 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

STATE OF LOUISIANA
DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
BATON ROUGE, LOUISIANA
DIMINUTION OF SENTENCE

**Know All Men By These Presents:** That JIMMY  MAGEE W/M 05/15/1971
DOC No 00506356 an offender in the OAN-RICHWOOD CORRECTIONAL CE is eligible to b
released by diminution of sentence in accordance with R.S. 15:571.5 and it is
ordered that the offender shall be released in the same manner as if on
parole on JULY 31, 2013

Docket Number(s): WSH  12CR118806

and that said offender remain within the limits of COVINGTON DISTRICT Probation and
Parole Office until AUGUST 4, 2015 ; or until other action may be taken by the Committe
on Parole.  Said offender shall report to:

**Probation and Parole Office - Address**          **Residence - Address**

          ADMINISTRATOR
          KEVIN HIDALGO                          ~~26305  RICHEWTT 21 NO 2~~
          1712 NORTH COLUMBIA STREET             ~~ANGIE, LA.   70426~~
          COVINGTON, LA.   70435                 (318) 504-9189
          (985)871-8351



DE TAINER
w/ Washington
Parish

**Be It Also Known,** that this release is upon the condition that the said offender
has agreed to observe and perform each and all of the conditions and directives
shown below and on the back of this certificate, all of which are hereby made
and agreed to be conditions precedent to his/her release:

A. AA/NA meetings _____ per week
B. Mental health evaluation and treatment
C. Substance abuse evaluation and treatment
D. Pay restitution, Victim reparation
E. Pay fines and/or costs of court
F. No contact with victim(s) or victim family
G. No contact with codefendant(s)
H. GED, Vo-Tech, or other education plan
I. Comply with treatment plans recommended
J. Curfew 10 pm to 6 am
K. Electronic Monitoring
L. Comply with Conditions of R.S. 15:574.4.2

*********************************************
Additional requirements applicable to
sex offenders:
M. No Contact with minor children
N. Comply with conditions of R.S. 15:542, et sec
O. Comply with conditions of R.S. 15:538, et sec
P. Comply with conditions of R.S. 15:574.4.3
*********************************************

Q. Other:_____

**BRING THIS CERTIFICATE ON INITIAL
VISIT TO PROBATION AND PAROLE OFFICE**

The above named subject was released on
          JULY 31, 2013

_Mary Strickland_
          WARDEN

                                        ORIGINAL-HDQ

## STATEMENT OF GENERAL CONDITIONS UNDER WHICH DIMINUTION OF SENTENCE/PAROLE SUPERVISION IS GRANTED

This Certificate of Parole shall not become operative until the following conditions are agreed to by the offender.

1. Upon release I will report no later than 48 hours to the Probation and Parole Office, Department of Public Safety & Corrections, which is listed on this Certificate.

2. I will submit a monthly report by the fifth (5th) of every month until I complete my supervision. I will report to my Parole Officer when ordered to do so.

3. I will live at the address on this Certificate. If I must move from this address, I will get permission from my Parole Officer before doing so. In addition, I will not leave the State of Louisiana without written permission from my Parole Officer.

4. I will not engage in criminal activity, nor will I associate with people who are known to be involved in criminal activity. I will avoid bars and casinos. I will refrain from the illegal use of drugs or alcohol.

5. I shall not have in my possession or control any firearms or dangerous weapons.

6. I will work at a job approved by my Parole Officer; if I become unemployed, I will immediately report this to my Parole Officer.

7. I will truthfully answer all questions directed to me by my Parole Officer.

8. I will submit myself to available medical, mental health or substance abuse exams, treatment or both, when ordered to do so by my Parole Officer. Also, I will submit to drug and alcohol screens at my own expense.

9. I agree to visits at my residence or place of employment by my Parole Officer at any time. I also agree to searches of my person, property, residence, and/or vehicle, when reasonable suspicion exists that I am or have been engaged in criminal activity.

10. I will pay supervision fees in an amount set by the Louisiana Department of Public Safety & Corrections pursuant to Louisiana Revised Statutes. Payments are due on the first day of each month.

11. I do hereby waive extradition to the State of Louisiana from any jurisdiction in or outside of the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Louisiana.

12. I understand that should my parole be revoked for any reason, I will forfeit all good time earned and /or any additional credits earned or that could have been earned on that portion of my sentence served prior to the granting of parole. I am to serve the remainder of my sentence as of the date of my release on parole.

I understand that if I am arrested while on parole, the Committee on Parole has the authority to place a detainer against me which will in effect prevent me from making bail pending disposition of any new charges. I understand all of the above conditions which have been read to me and I do solemnly promise and agree to conform to the above conditions. I understand that the Committee on Parole has authorized the imposition of Administrative Sanctions in accordance with La. R.S. 15:574.7. Additionally, I understand that under R.S. 15:754.2 the Committee on Parole may also require, either at the time of my release on parole or at any time while I remain under parole, that I conform to any of the conditions of parole which are appropriate to the circumstances of my particular case.

DATED: _July 31, 2013_

WITNESSED: _Ray_

_Jimmy W. Magee_
Offender Signature

Offender DOC No. _506356_

Jimmy W. Magee

8/30/13  Tel/Con Warden Cumming, Wash Par Jail  839-4468

He seems to remember that D was down in St Tam Par
Jail before and may have burned bridges down
there. He said they have good relations w Livingston
Parish Jail. I said that would be closer than
Checuitah Parish. (He told me in Tel/con yesterday
Wash Par was paying Checuitah DOC rates to house
arrests.) He says it may be possible to get D
closer. He said he's asked around Wash Parish and
would around the Parishes.

I HAVE

SEND Δ 7/31/13 LTR

8/29/13
TELKIN
DIK / ↦ HODSDON
MARTT

①

I ALREADY KNOW WHAT'S GOING ON
THERES NO DNA
SHE HAS GIVEN 2 DIFFERENT STATEMENTS
DESPITE THE RESTRAING ORDER IN EFFECT SHE VOLUNTARILY
WENT TO

THINGS SHE SAID I DONE - THERE'S NO PICTURES OF ME

I HAVE DONE A WHOLE LOT TO Δ

NO MEDICAL RECORDS AS ME BEING CUT WITH A BUTCHER

THEY NEVER ARRESTED ME AT MY HOUSE

THE M.S CHARGE I COULDN'T WITH COULDN'T ON DAY Δ IS
PLEAD TO OR COMMITTING CRIME
THERE ARE SOME MORE PHONE CALLS —

SHE SAID IT IT WAS SAID ON

— THERE IS NO KNIFE
— THE POLICE NEVER CAME TO THE CRIME SCENE

Δ HAS BEEN RELEASED FM

WHAT DATE DID SHE GO SEE THE DA → ?

S
SHELL SEH.
985-732-5222

V DREAMED UP THIS STORY
TELL THE
JURY THE    V HAS FILED RESTRAINING ORDER AGAINST Δ
FACT
HER TENTATIVE SERVICES AGENCY
YOU HAVE NO ACCOUNT TO YOU.
I'LL PLEAD TO DOMESTIC ABUSE
I'M NOT GOING TO PLEAD TO

(2)

752-0449

TAMMY MAGEE — MAY BE INCARCERATED ON OUR CHASIE

WHAT JANET ~~BRANCH~~ TOLD TAMMY MAGEE

750 - 1332
TAMMY'S CELL

BOSSIER CITY
JAIL

TALK TO SLICK SON

TALK TO TAMMY MAGEE

✓ REISSUE SUBPOENA TO PICTURES

STATEMENT ONE   PAGE ONE   THIS WON'T
WE WERE IN VICKSBURG ON 8/3/12   NOT AT THE JAMUR

WE WENT TO MY PLACE ON SATURDAY, 8/4/12  IN THE
AFTERNOON WASN'T THERE LONG LIGHTS WERE OUT ~~ELECTRIC MAN~~
CAME

ON SAT MORNING I WOKE UP AT NIANA AND SLICKS, VICTOR
WAS AT HER APTMT,   ~~HE~~ ~~GOTTA~~
WHATEVER DAY IT WAS I WENT TO COURT WITH MY NEIGHBOR ON THE RESTRAINING
ORDER ERIC   2 NIGHTS BEFORE THAT WAS LAST TIME I HAD SEX

# WANT A COPY OF THE RESTRAINING ORDER HER NEIGHBOR FILED
ERIC PULLED A GUN ON THE △ BEFORE ERIC GOT A RESTRAINING

ORDER ON △

— AROUND 11:00 12:00 AM SLICK GOES TO JANET'S PICKS
HER UP AND BRINGS HER TO SLICK'S HOUSE WHERE
△, AND △'S MOTHER IS.   △, MOTHER AND JANET THEN
WENT TO TOWN — SHOPPING & GOT GROCERIES WOMAN SHOPPED
AT GROCERY STORE WALMART, DIET STORE'S   △, MOTHER, JANET THEN
WENT BACK TO MOTHER OF SLICK'S   JANET KNEW △ AND COUSIN
TO △'S FROM BEFORE,   MOMMA LET △ ASE MAXWELL'S CAR TO GO TO
JANET'S HOUSE TO GET CLOTHES AND STUFF   TO GO SPEND

THE WITNESS WD AT Δ's TRAILER. WHEN JANET GOT
BACK FM JANET'S HOUSE WITH HER STUFF MR SUCK
TOOK JANET AND Δ TO Δ's TRAILER, IT WAS BOUT
6:00 PM, THE LIGHTS WENT OUT & CARLOS WASN'T
WST MAN CAME OUT THERE, Δ & JANET WERE
ARGUING JANET SHE STARTED SLAPPING HERSELF IN
THE HEAD SHE WAS HOLLERING COME

✱ GET ME TO YOU SOMEBODY NEEDS D
HAD ME INFLUENCE OF THE DRUGS
SHE STOLE FM HER MOTHER

✳ TRY TO GET Δ IN ST TAMMANY PARISH JAIL

SEARCH OF WASH PAR CLK OF COURT SITE FOR JIMMY MAGEE

04CR6-070545   POSS OF MJ 2ND OFFENSE

3/2/06   Δ PG 5/5

12/8/06   PROB REVOCATION HEARING HELD, Δ's PROBATION REVOKED SENTENCED TO
5 YRS DOC, CT ALSO FOUND Δ IN CONTEMPT & THUS ADDED 60
DAYS TO SENTENCE

M15D   00-CR-078213   UNAUTH USE OF MOVABLE

7/6/00   Δ PG 6 MONTHS PS / 1 YR PROBATION

M15D   01-CR-082287   POSS STOLEN PROP

4/16/03   P/G 6 MONTH  CC W/ 82352, 85035, 87214

M15D   02-CR-085035   POSS OF MJ

4/16/03   P/G 6 MONTHS PS  CC W/ 82287, 82352, 87214

M15D   01-CR-082352   POSS DRUG PARA

4/16/03   P/G 6 MOS PS  CC W/ 82287, 85035, 87214

1PD   05-CR6-092362   ATT 2ND MURDER

3/2/06   NOLLE PROSSING

12-CR8-118806   POSS OF MJ 4TH OFFENSE

10/31/12   P/G 3 YRS HL DOC  SENTENCE TO RUN CONCURRENT W/ANY SENTENCE NOW SERVING

12-CR-119291   AGG ASSAULT

12/4/12   NOLLE PROSSED

7/9/13 SEARCH OF CLK'S RECORDS FOR JANET R. BRANCH – NO RECORDS FOUND IN CLKS RECORDS

Δ, JIMMY W. MAGEE RECORD PER WASH PAR CLK OF COURT RECORDS

7/9/13   NO RECORDS OF JIMMY MAGEE IN ST TAM PAR CLK OF CT: RECORDS

MR. David Knight                                    8-8-13

From: Jimmy W. MAGEE        D.O.C: 506356
I have been at this address since  8-1-13
Caldwell Correctional Center
671 Highway 845, Grayson La. 71435
phone # (318) 649-5600

   I am requesting some information frome you that
may be helpful.

① what time did Slick Seal pick her up?

② what time did he drop her off at her house?

③ what time did she call 911?  whitow x Hes

④ what time did she call the Ambulance?

⑤ what time did thay Arrival?

⑥ what time did she call frome Aunt Ramona house phone?

⑦ What was collected frome under her fingernails?

⑧ Why did the police fail to visit or secure the
   eledged crime scene?

⑦ Why haven't we been able to get together and
   talk and work on my case?

   I will take damestic vilonce charge
   what do you thank  MR. Knight?
   wright Back Soon
      thank you
     For your time                    Jimmy W Magee

⑧ When is my court date?

STATE V MOODY NOTE

TRACK 1

:50   PHONE MSGS RECORDING

1:54   A: HEY

2:01   JB: THLK

2:04   A: LOOK I'M GOING TO NEED YOUR HELP IN COURT, JANET, WE GOIN HAVE TO GET TOGETHER
I GOT A CHANCE CUZ I JUST GOT THIS ONE MINUTE HERE, TO COMPLIMENTARY CALL OR THEY
GONNA GIVE ME LIFE YOU KNOW THAT, HUH?

JB: NO YOU'RE NOT GOING TO GET LIFE

A: YES I AM JANET BECAUSE SECOND DEGREE KIDNAPPING CARRIES LIFE

JB: ITS FIRST DEGREE, I DON'T KNOW WHO'S TELLIN YOU ALL THIS

A: NO JANET I HAVE THE BILL OF INFORMATION, I HAVE THE BILL OF INFORMATION I JUST
GOT IT YESTERDAY JANET, DO YOU WANT ME TO DO TIME FOR THIS JANET?

JB: WHY DID THEY _____ DON'T YELL AT ME

A: I'M NOT YELLIN, I'M NOT YELLIN OR WILL I'M GONNA NEED YOUR HELP

JB: I WAS TOLD IT WAS 1ST DEGREE YOU WILL GONNA GET 40 YEARS AND DO 20

A: JANET DO YOU WANT ME TO DO THAT MUCH TIME?

JB: YOU DID WHAT YOU DID.

A: AND YOU DID WHAT YOU DONE.

JB: I DIDN'T DO NOTHIN TO YOU

A: NOW HERE WE NOT GONNA HAVE AN ARGUMENT ABOUT THIS, I NEED... JANET

VOICE OF RECORDING

Si... = V McCoy white

TRACK 2                                              Pg. 1

01:44  A:  CAN YOU HEAR ME GOOD

         JB:  YEAH, I CAN HEAR YA

         A:  YOU HEAR ME GOOD

         JB:  PRETTY MUCH YEAH

         A:  LOOK.

         JB:  TALK

         A:  YOU KNOW WHAT LED UP TO ALL THAT JIMMY

         JB:  WHAT?

         A:  YOU KNOW WHAT LED UP TO ALL THAT

         JB:  NO I DON'T.

         A:  NOW LOOK _____ THEM CHARGES TO START WITH HERE, THEN THE STATE COME BACK
             AND PICKED EM UP  DID YOU GO DOWN THERE TO DROP CHARGES?

         JB:  I DONE TOLD YOU AND TIFFANY A HUNDRED TIMES, YES I TRIED, I TRIED, AND THEY
              WOULDN'T LET

         A:  WHO HOW DID YOU, WHO DID YOU TALK TO?

         JB:  I TALKED TO MY LAWYER

         A:  WHO WHO IS YOUR LAWYER?

         JB:  JAY ADAIR, HE'S THE DISTRICT ATTY

         A:  WHO?

         JB:  JAY ADAIR, HE'S A BIG WHEEL AT THE...

         A:  JAY HOBERT, HUH HH!

         JB:  UH, HUH, YEAH

         A:  ALRIGHT, WHO IS HE?

         JB:  HE'S A BIG WHEEL IN THE DISTRICT.

         A:  IS HE IN THE D.A'S OFFICE?

         JB:  YEP

         A:  OK, JAY HOBERT,

         JB:  & A AT SAME TIME  JB: NO, ADAIR.  A: SKINNY DUDE WEARS

         JB:  WHAT?

         A:  HOBERT, SKINNY DUDE THAT WEARS GLASSES

         JB:  NO

         A:  ALRIGHT, BUT HE'S ASS'T D A RIGHT?

         JB:  YEP

         A:  OK, NOW AND HE WOULDN'T LET YOU DROP CHARGES

STATE V KEES V WILLIE          PG 2

TRACK 2

JB: NO, SURE WOULDN'T, THE STATE TOOK EM UP

A: ALRIGHT, THE STATE PICKED EM UP, BUT, THEY DIDN'T HAVE A RAPE KIT

JB: WOOSY, THERE IS RAPE KIT, I WON'T HAVE A RAPE KIT, THE EVIDENCE WAS NOT PROCESSED AND
    SENT BACK TO THE OFFICE ALL OF THAT HAS BEEN TAKEN CARE OF, THIS IS GOING TO HAVE
    TO DO FORWARD BUT YOU'RE NOT GOING TO GET LIFE OR ANYTHING LIKE THAT

A: I CAN'T DO 20 YEARS SHUT I'M GONNA MAKE THE PEOPLE KILL ME, CAUSE I'M NOT DOING
   IT, I NEED YOUR HELP

JB: WELL DON'T DO THAT

A: I AM TOO, I'M IN A CRISSSPHERE I CAN GET OUT ABOUT 3 MONTHS IF IT WASN'T FOR THIS
   OTHER CHARGE _____ BY THE STATE PICKIN IT UP THEY _____ SANCTUATE IN THERE ANY THEY
   CAN'T DO WHAT THEY DOIN AND THEY CAN'T BUKKNILL YOU INTO TESTIFYING AGAINST ME
   NOW I DONE LOOKED AT THE LAW ON IT NOW YOU KNOW I'M PRETTY GOOD WITH THAT BUT IF
   THEY'LL DON'T HAVE YOU TO TELL ME IF A DA'LL HAVE YOU TO GET WITH ME AND US GET
   DISCUSSED OUT WHAT WE HAVE TO DO, I'M GOING HAVE TO DO A BUNCH OF TIME AND
   I CAN'T DO IT ILWET

JB: WHY DIDN'T YOU TAKE THE PLEA BARGAIN THAT WERE OFFERED TO YOU

A: I DIDN'T YOU KNOW WHAT I OFFERED A PLEA BARGAIN YOU BEEN TEEN _____ I BORROWED A CELL BOARD I DONE
   TEEN NOW I BORROW A WHIFF BUNK ON SHIT IN COURT AND IT GOT A COP THAT WAS WITH ME THAT'S A
   WITNESS AND I WAS SHOCK'N COULD I AINT PRINCE'N SHE COULD I AINT EVEN BEEN ARGUING A
   FUCK'N CHARBONED IN THAT COURT ROOM HA, HA, HA, HA, KEEPIN ITS A CONFLICT OF INTEREST
   FOR HIM TO DO ANYTHING FOR ME BECAUSE HE DIDN'T HANDLE THIS WEED CHARGE LIKE HE WAS
   SUPPOSED TO, HE DIDN'T DO A DAMN THING LIKE HE WAS SUPPOSED TO AND HE KEPT TELLIN M.S.
   YOU SAW A BIRCH YOU DONE IT I SAID YOU FUCK'N _____ I SAW YOU THAT REPRESENTIN ME AND
   I TOLD THE JUDGE I PLOT-NOT GUILTY TODAY AND THEY DIDN'T TELL ME NOTHING ELSE SO BOUT FAYE
   I WENT UP BEFORE THE JUDGE WITHOUT REPRESENTATION AND I'M A FREED AND THAT'S AGAINST ME
   FUCKIN LAW, ONLY WHEN I WENT BACK DOWN THERE THEY SAID THE PUBLIC DEFENDER OUT OF THAT PUBLIC
   DEFENSE'S OFFICE GOIN TO REPRESENT ME EITHER. BECAUSE ITS A CONFLICT OF INTEREST, SHUT,
   THEY BEEN TRYING TO HANG ME FOR YEARS AND THEY GOT MY FIRST OFFENSE ITS A FOURTH OFFENSE
   AND YOU KNOW IT AIN'T RIGHT

JB: WELL
A: AND IF IT DON'T HURT YOU TO WORK WITH ME

JB: IT WASN'T RIGHT WHAT YOU DID TO ME, KEDDY, IT WASN'T RIGHT FOR YOU TO BEAT AND RAPE ME
JB: IT WASN'T RIGHT THE WAY YOU ____ ME EITHER, I DIDN'T KIDNAP YOU
A: IT WASN'T RIGHT THE WAY YOU ____ ME EITHER YES SIR YOU DRUG ME BACK

JB: AFTER I TRIED TO LEAVE WHEN THAT EXCURSION WHEN WAS OUT THERE
    WITH THAT TRAILER

TRIAL Z                    STATE V WOODY NICKE

                                                    P6 3

Δ:  UNINTELLIGIBLE

JB:  WHAT.?

Δ:  BECAUSE HE WAS PISSED OFF AND YOU KNEW  YOU MADE THAT YOU DID THAT FER STUFF(?)
                                    PILLS?
    BECAUSE YOU TOOK ME AND MY STILLS(?) OUT OF THE GARBAGE CAN, NOW LETS GET
    OFF OF THAT INWEF

JB:  YOU'RE FULL OF SHIT, WOODY.

JB & Δ  BOTH TALKING AT ONCE! UNINTELLIGIBLE    JB: YOU DID WHAT YOU DID   Δ:  _____
                                                     YOU'RE FULL OF SHIT
    UNINTELXGE  WHEN YOU TOOK THEM PILLS THAT'S WHAT YOU DONE

JB:  NO I DID NOT, YOU DID WHAT YOU DID
            GOD
Δ:  OH MY NATIVE MERCY TO ME, YOU DIDN'T GET THEM PILLS FROM MAMA?

JB:  I DIDN'T GET NO PILLS FROM MAMA  YOU BROUGHT THEM PILLS, YOU DIDN'T MAKE NO PILLS

Δ:  EVERY TIME YOU GET ON THEM PILLS, THEY ABUSE US RELUSE.
     Δ
JB:  NO I DID NOT I DIDN'T, I TOLD YOU IF YOU WANTED EM YOU COULD HAVE EM

JB:  I DIDN'T HAVE NO PILLS, WOODY, EXCEPT MY...

Δ:  SHUT, I AIN'T GOT TIME TO ARGUE, I'M STRESSED OUT AND I'M BURNIN
    ALREADY, WELL
JB:  I TELL YOU WHAT YOU AIN'T GOT TIME TO FACE THE TRUTH, THAT'S FINE, YOU DID WHAT
    YOU DID SO YOU GOIN TO HAVE TO PAY FOR IT, BYE

Δ:  OK SO YOU NOT GOIN TO HELP ME RIGHT, YOU'RE NOT GOING TO HELP ME

ROBOTIZED VOICE: THANK YOU FOR USING, ETC.

STATE V WOODY WHOLE

TRACK 3

1:15    PHONE RINGS    CALL FM "WOODY"                                    PG 1

1:45    Δ: HEY

    JB: HELLO

    Δ: HEY

    JB: HEY

    Δ: WHAT YOU DOIN ?

    JB: WHAT YOU LOHUT ?

    Δ: YOU KNOW I WENT TO COURT YESTERDAY, HUH

    JB: YEAH I KNOW.

    Δ: YOU KNOW WHAT THEY OFFERED ME ?

    JB: TELL ME.

    Δ: YOU TELL ME THAT YOU KNOW

    JB: NAH, YOU TELL ME

    Δ: ALL THEY GOT ON THE TABLE IS 40 YEARS.

    JB: HOW ABOUT THAT

    Δ: HUH?

    JB: I SAID OH MY GOD

    Δ: THAT'S WHAT THEY GOT ON THE TABLE IS 40 YEARS AND UH, ARE YOU GONNA GO TELL EM
        THAT WE HAD A DOMESTIC VIOLENCE CHARGE OR ARE YOU GONNA TELL EM THAT WE JUST HAD
        A FIGHT CAUSE IF YOU DON'T I'M GONNA GET 40 YEARS, JANET

    JB: WELL YOU SHOULD A THOUGHT ABOUT ALL THAT ALL THEM TIMES YOU'RE FOATIN ON ME

    Δ: JANET

    JB: DID YOU REALLY THINK YOU WERE GONNA GET AWAY FROM RAPIN ME AND BEATIN EVERYTIME I ____

    Δ: I DIDN'T RAPE YOU JANET, I DIDN'T RAPE YOU

    JB: YES YOU DID

    Δ: NO I DIDN'T

    JB: YES YOU DID

    Δ: NO I DIDN'T

    JB: YES YOU DID, YOU KNOW YOU DID, DIDN'T?

    Δ: NO I DIDN'T SHUT YOU TOOK THAT MEDICINE OUT OF MAMA'S MOUTH AND YOU GOT ON THAT
        MEDICINE AND YOUR ATTITUDE TOTALLY CRAZY

    JB: I DIDN'T RAPE, WELL YOU KNOW WHAT I'VE GOT A DAMN BLOOD CAST (?) FOR DRUGS AND ALCOHOL

TRACK 3

Δ: You know what I don't care about your blood test, or none of that    TEST    PG 2

JB: And there was nothing in there and I didn't take no damn pills, you're the
one that was taking the pills   I even said that you didn't have no dose

Δ: Janet just just quit your lying man

JB: I ain't lying I don't have to lie

Δ: So you gonna testify and give me 40 years, that's what you getting to do

JB: Will you should a thought about it all the things you did on me, woody

Δ: Just answer my question yeah or no

JB: Goodbye, woody,

4/1/14 SPOKE TO TAMARA MAGEE GAVE HER JIMMY MAGEE
SHOE, SHIRT AND PANTS SIZES (11½, 2X OR 16½ X 35,
40 WAIST, 30 LENGTH, BELT) SHE SAID SHE WOULD
GET HIM CLOTHES FOR TRIAL

4/3/14 CONF W JIMMY MAGEE IN LIVINGSTON PARISH JAIL
8:30 - 9:30 TRAVEL   9:30 - 3:30 CONF   3:30 - 4:30
TRAVEL
4/4/14 REC/REVIEW OF LSP DIVIT RPT

2/4/14 TEL/CON

LT PAUL KIMBLE    225 686-2241  EXT 526

RE: VISIT JIMMY MAGEE IN LIVINGSTON PARISH JAIL

THEY PROFER   NORMAL WORKING HOURS FOR VISITS

CAN VISIT ON SATURDAY  BUT MAY BE BUSY

EXIT 22

THANK RT

4/1/14  SPOKE TO TAMARA MAGEE GAVE HER JIMMY MAGEE
SHOE, SHIRT AND PANTS SIZES (11½, 2X OR 6½ X 35
40 WAIST, 30 LENGTH, BELT) SHE SAID SHE WOULD
GET HIM CLOTHES FOR TRIAL

4/3/14  CONF W JIMMY MAGEE IN LIVINGSTON PARISH JAIL
8:30 - 9:30 TRAVEL   9:30 - 3:30 CONF   3:30 - 4:30
TRAVEL

4/4/14  REC/REVIEW OF LSP DNA RPT

JIMMY W. MAGEE

BRANDON ELLIS
BRENT CRUNCODY - ALCO
GREG DEAN
ATT    - AMBER POPE - NT
JUDY MIXEDOLT - WS COT
CHRISTOPHER OTICK - NO WS ZONS
MICHAEL DIXCOT - LO WS ZOT
DANIEL JENKINS - WS CT
JONATHON MAGEE - NO WS RPT
CHRISTOPHER WALLER - NO WS RPT
THOMAS BONNOT - NO WS RPT
LUCIAN MEYERS
KEITH JAMES - NO WS CT
EMMANUEL BICKHAM - NO WS RPT

04-CR6-090545   POSS OF MJ 2nd OFFENSE

3/2/06   PG 5/5

1/3/07   POSS RIV'D 5 YRS

12-CR8-118806   POSS MS 4th OFFENSE

OFFENSE DATE: 8/5/12

10/31/12   PG 3 YRS DOC

4/30/14 SENTENCE

CT1 - 25 YR W/O BEN P.O
CT2 - 25 YRS W/O BONNOT
         CC CTS  2 YRS

02-CR-085035   POSS OF

4/16/05 PG 6 MOS PT

JAM
16. CHRISTOPHER CLARK   14:10:5.2
27 GREGORY DEAN    ATT LAW
35 MELVIN FIELDS   NOO WS CONT
36 RAY CATLIN   - VP
? 37 CHRISTY GILL   DISREGN UNK 1:24 - NO
56 JESSIE McCOY - NO
57 WANDA METERS   ADDL IN OFFL
70 AMBER POPE - MLSO
98 PARICUL SPENCER - DIVERSION
80 DWANDA ANTE POSS

- MICHAEL DIXCOT   NO WS CT
- THOMAS BONNOT    " " "
- CHRISTOPHER CLARK 102.8
- BROCK CRUNCODY
- GREG DEAN ATT LAW CN
- JEFFREY BUD
- KEITH JAMES   NO WS CT
- DANIEL JENKINS
  LILLIAN KEATING
- JONATHAN MAGEE NO WS CT
- EVAN BICKHAM
- LUCIAN MEYERS
JONATHAN McCOY NO WS RPT
- CHRISTINE MULER
- AMBER POPE - NO
BERTRAM SILB IT
- JESSIE WALKER
- JAMES HAMPTON   LILLIAN MAN
  NO GUILTY SILL
JONATHAN SIGLER

3/18/14 CAME W D IN LIVINGSTON PARISH JAIL, Δ CAUSED A DISTURBANCE, WAS TAZED AND REMOVED FROM THE INTERVIEW ROOM. I REQUESTED A CONTINUE TO PREPARE FOR TRIAL AND WARREN AND ASSIST WARREN ~~ALLOWED~~ Δ TO CONTINUE

VOIR DIRE:

RAMON STAR / RELATIONSHIP

IMPERSONATING — ALMOST EVEN THINKS JIMMY WAS V. SAYS SHE WHEN IN/OUT THROUGH NOTE LONELY WITH NO MALES —

Δ SAYS HE SAW THAT IN AN OPEN ITEM ON THE FACE ONLY BUT THE ARRESTED   SAW
RAMON WAS THE 1st PERSON TO SEE V AFTER EVENT ON SUN 8/5/12

— ESTABLISHES V HAD NO INJURIES OR BRUISES

SUBPOENA:
RAMON MAGEE
— TOOK 2 OR 3 MINUTES TO GO THE Δ's VEHICLE TO RAMON'S HOUSE

CORONER !
TAMMY MAGEE
HAS SEEN V
PHOTO
AND UNDER HER
EYES AND THIGH
THEM DISCOVERED
(THEY ALLOW INNOCENT SHE FELT THE ABUSE SO JIMMY DO THIS)
— ASK AUNT RAMON IF SHE SAW THE INJURIES DESCRIBED GIVEN BY HANDWRITING TO
AMBULANCE SAW PED

— V's MEDICAL RECORDS: LIST OF MEDS
Δ SAYS V TOOK ALL THESE MEDS
SEE "YOUR CURRENT MEDICATIONS"

— Δ SAYS V TAKES MEDS EVERY DAY

SUCK SOUL IS AN
ACCESSORY TO
KIDNAPPING
→ Δ SAYS AT MEDS HAD SUCK'S UPSET CAME TO MEDS AND SUCK'S ON 8/3/12 EITHER SIDE
— THERE'S NO DNA, THERE'S NO RAPE KIT

8/3/12 V CAME TO Δ'S HOME OF SUCK'S HOUSE IN ANNA HER ANTHONY'S TOUCH AROUND 1:30 AM
V DROVE ANN'S TRUCK BY HERSELF THEN V DROVE ANN'S TRUCK TO V'S HOUSE. Δ SAYS V DON'T
AT HER OWN HOUSE ON FRIDAY

SUCK CAN SAY
-SET
8/4/12 Δ TRIED TO WHEN ON PHONE ~~ASKED V~~ ASKED V IF SHE WANTED TO GO TO TOWN
S SAYS W    SUCK HAVE FOUND V UN INNOCENT V/R FOUND V MEDS
SUCK ON FRIDAY
V SAID V A MOM, Δ    ANN V HONEY MY NEIGHBOR AND GOT TO TOWN A QUA HAM
ANTHONY FOLLOWED V SHOWS WHERE AT Δ's MARRIAGE, Δ MOVE OF V MEDS TO TOWN AND SHOWED
IN BED. AFTER SMOKING Δ MOM BUT V WENT TO MOM OF SUCK'S MEDS.
WHEN THEY GOT TO MOM OF SUCK'S THERE V TOOK SOME PILLS Δ THINKS VITAMIN OUT
OF MOM'S CAPRICE CAN, MOM THROW SOMEHOW OUTER MOM IN A WHOLE CULTURE ON SOME WERE
IN KITCHEN GARBAGE CAN. Δ TOLD V TO PUT THE PILLS BACK IN THE TRASH CAN. V GOT ANNA
WITH    WAND

MOM NOTHING V REMEMBER AFTER THEY GOT TAKEN FM SLEEPING IN BED, V WENT TO V'S HOUSE TO
GET THE CLOTHES, WHEN SHE CAME BACK V APPEARED TO BE UNDER THE INFLUENCE OF DRUGS.
WHEN V GETS BACK SUCK TAKES Δ AND V TO DINNER IN SUCK'S VEHICLE, Δ SAYS THEY
ARRIVE AT Δ's MARRIAGE BEFORE THE SKILLS GO OUT, AT 6'

Δ SAYS WHEN WE MOM ARRIVED SHE WAS BREAKING/SUMMER CLOSE OUT AND ENTIRE ROCKS
ALTON OF THE GROCERIES IT WAS HOT, ALSO/C, AND SHE WAS RINSING, HEEL SCOUR THE CLOTHES OUT
"LETS GO MOM AND GET THIS OUT WAY" Δ SAYS V SAID RINSING ~~PUTTING THE~~ PUTTING 1B CLOTHES UP
GROCERIES SHAKERS
CLOTHES UP"

ASK LAST MOM
IF V WAS MOTHER
THINK AND WAS

ASK V
NEW YEAR IF IT
WAS THANKS AT
Δ's HOUSE? DID
V TAKE OFF TRASH ?
Δ SAYS V DID COME OUT OF CHURCH WA BAG, LIKE PAPER COOKIE SACK. BUT D SAYS V LEFT
THE CHANCE WITH A BAG OF TRASH

V PICKED UP Δ WHEN Δ WENT OUT THIS SITTING V

AFTER WE GOT HOME IN Δ SAYS, V FIXED THE Δ A DRINK, Δ DRINK HIS DRINK AND Δ
THINKS V PUT A MICKEY IN HIS DRINK Δ THINKS V PUT ONE OF THE VISMEAL V
TOOK OUT OF THE GARBAGE CAN IN HIS DRINK. Δ FELT BAD SO BAD HE HAD
TO GO WAY DOWN. Δ WAS LAYING IN BED NEXT THAT Δ KNEW Δ GRABBED Δ'S

V GRABBED Δ's
TOE BOAT V
SHOULDERS
TOE BOAT V BACK WARDS AND IT RIPPED Δ THINKS SHE BROKE IT

8/4/12 cont'd   ∆ SAYS HE SAT UP IN BED AND SWUNG 1' ONE TIME IN HER LEFT
FACE WITH HIS RIGHT HAND   HER GLASSES DIDN'T HAVE A CUSHION ON
THEM AND WHEN ∆ SWUNG HER   HER GLASSES CAUSED THE INJURY TO
VICTIM'S NOSE

WAS
∆ USING
GLASSES

(V WEARS HER GLASSES PRETTY MUCH ALL THE TIME BOUT ONLY THIS ONE TIME AT LG
WHEN SHE GOES TO BED)
        ∆ SAT UP ON EDGE OF BED V SCRATCHED ∆ ON LEFT SIDE OF ∆'s
FACE, V THEN JUMPED ON ∆   ∆ SAYS HE WAS STILL UNDER
INFLUENCE OF THE MICKEY,   ∆ SAID HE DID HOLD V AND THE
        BRUISES ON HER ARMS PROBABLY CAUSED BY ∆ GRABBING
V'S ARMS WHEN THE V HE WAS SWUNG AT ∆ AND ∆ WOULD
GRAB HER HANDS OR HER ARMS TO PREVENT V FM STRIKING ∆
THIS WHEN ON FLR IN SHORT WHILE MOM

BLOOD ON ∆'s
FACE FM V's
FACE
BLOOD ON V's NOSE
FM HER? ON NOSE

        EVERYTHING CALMED DOWN   V WAS BLEEDING FM THE SIDE OF BRIDGE
OF HER NOSE AND ∆ WAS BLEEDING FM SCRATCH ON FACE.  ∆
+ V DID WIPE BLOOD WITH V's NIGHTGOWN,  GARMENT V HAD USED BEFORE
        PAJAMAS
AS ∆

TALKING ABOUT?
JANET TOLD /THANZA
WHATEVER THAT IF SHE
DOESN'T HAVE WATER
WOODY WHEN GO TO
JAIL IT
LONG TIME

V ∆ HAD HAD A RELATIONSHIP HAD BEFORE FOR 5 YRS.  HAD HAD SEX BEFORE
∆ LIVED WITH V AT V's ____ /APARTMENT IN VIRGINIA().  ∆ RENTED A PLACE
IN BOG AND A PLACE IN VIRGINIA,  AND R HAD V (MM SET OUT L'S NOT G'S
HIS AT APART,  ∆ AND V WOULD BREAK UP BUT GET BACK TOGETHER
AT DIFFERENT POINT, ∆'VE RELATIONSHIP IN SPORTS,         JAIL
        ∆ RENTED APART IN VIRGINIA? FM PATRIA AND ∆ AND PATRIA STARTED DATING AND GETTING CLSE AND
∆/PAT SPLIT BROKE UP,  WHEN ∆ WAS IN RELATIONSHIP IN PATRIA ∆ AND V GOT BACK TOGETHER

        ∆ SAYS ON SAT 8/4/12 ∆ WENT TO SLEEP.

V HAD 2
CELL PHONES
WITH HER

8/5/12 SUNDAY EVENING  ∆ WOKE UP  V's CLOTHES STILL SCATTERED WHEN HE WAS IN A BAG TIED W/ HER TOGETHER
V HAD MORE THAN ONE PHONE WITH HER,  ∆ SAYS EVEN IF NO SIGNAL THAT CELL PHONE YOU CAN
CALL 911 ANYTIME

V HAD BEEN TO ∆'s TRAILER BEFORE,  ON A FEW OCCASIONS

∆ SAYS IF V WAS THROWN UP AGAINST THE WALLS IN A ROOM WHERE WHERE ARE THE PIECES OF DAMAGE
TO THE TRAILER

IF ∆ USED A KNIFE UPON VICTIM — WHERE'S THE KNIFE

IF ∆ USED THE KNIFE DID HE CUT HIMSELF

ASK V WHAT KNIFE

5/17/14
WILLIAM
HELEN
SEAL

∆ LISTENED TO THE TEL/CON'S B/W HIM AND JANET B/SHANE AT RICHMOND DET CTR?  ∆
NOTED DURING RECORDINGS

ASK V ABOUT
PATRICIA HER
FINGERS DID SHE
GRAB HER THROAT
AND HER FINGERS?
DID V CUT HER FINGERS?

∆ SAYS V SAYS SHE TOOK HER 4 FINGERS AND PUT THEM BETWEEN THE KNIFE AND HER NECK/THROAT THEN
V WOULD HAVE HAD THE ENDS OF HER FINGER CUT OFF
∆ SAYS THAT THE KNIFE WAS EXTREMELY SHARP

Δ SAYS HE &V HAD NOT HAD SEX FR 2 WKS BEFORE THIS WK END
Δ SAYS V SAYS THIS AS WELL IN THE HANDWIM STATEMENT

Δ SAYS THAT V TOLD TAMMY MAGEE THAT V WOULD SEE Δ DO NATURAL
LIFE BEFORE V SAW Δ

Δ SAYS
THESE ARE   Δ's WITNESSES :   TAMMY MAGEE -  SAW V DO HER EYE TO TURN HER EYE
ALL OF HIS                      RHONDA MULLEE         DARK
WITNESSES                       SHCK STALS

V SAYS IN HR STATEMENT THAT SHE GAVE Δ A PILL

WHERE IS THE CRUTCH - STATE HAS NOT PRODUCED ANY EVIDENCE OF A CRUTCH THAT
COULD HAVE EASILY BEEN UTILIZED BY A SEARCH OF THE CRIME SCENE. THE
POLICE FAILED TO SEARCH CRIME SCENE FR EVIDENCE THAT WOULD SUBSTANTIATE
V's STORY

V HAS PRIOR HX OF RETALIATION WHY DOES ONE THING FR SPECIFIC

V STATED ATTEMPTED STRANGULATION WITH A TOWEL - WHERE IS THE TOWEL
V WHO WORE
Δ WISHES A DR TO TESTIFY ON JANETS MEDICAL RECORDS

SUBPOENA     Δ SAYS HE TAKES NEXIUM FOR HIS ULCERS   ← ASK DR WHAT V's PRICE MEDS WERE
THE D2
WHO PRODUCED   WAS THE Δ's CAMPER TRAILER MADE A CRIME SCENE AN INVESTIGATED
THE MEDICAL   AS A CRIME SCENE
RECORDS

Δ SAYS V TOLD Δ THAT V TRIED TO COMMIT SUICIDE BEFORE BY TAKING
Rx PILLS AND DRINKING ALCOHOL - V TOLD Δ THAT SHE ATTEMPTED SUICIDE
ON ABOUT 3 OCCASIONS

Δ SAYS V WENT CRAZY THE WEEK BEFORE THE INCIDENT
ABOUT 2 WEEKS BEFORE INCIDENT, WAS THE LAST TIME Δ SAYS HE HAD
SEX W V BEFORE INCIDENT. IT WAS AT V's APARTMENT.  V ACCUSES Δ OF HAVING
SEX W CINDY WILLIAMS OR SUZANNE WITH A ALL THE TIME THEN V ACCUSES
Δ OF HAVING SEX W LINDA GREEN, V ACCUSED Δ OF BEING W DANA JOSE
Δ STARTED MOVING HIS STUFF OUT OF V's HOUSE, V CONFRONTED Δ WITH WHOSE HIS CLOTHES
WERE, Δ SAID YOU ACCUSED ME OF HAVING SEX WIN THESE WOMEN, Δ SAID THEN Δ CHOICE
WAS LEAVE
DID V HAVE A JOB - WHAT DID V DO ALL DAY W/O A JOB - Δ SAYS V WOULD TAKE
PILLS AND STAY IN BED ALL DAY, & WAS NOT ALWAYS AROUND WITH HER

Δ SAYS V HAS BEEN IN HOSPITAL FOR ANXIETY ATTACKS ON NUMEROUS OCCASIONS
V, Δ SAYS, WAS RX'D ON REGULAR BASIS A LSU BUT NOW ER?

Δ SAYS IN THE 9 YEARS Δ HAD A RELATIONSHIP WITH V HE AND V HAD SEX ON AVE
MAYBE 2 X's MONTHLY, IF HAD SEX AT ALL

→  Δ SAYS V HAD BEEN WITH Δ ON ABOUT 3 PRIOR OCCASIONS AT Δ's TRAILER EACH
TIME ENDING WITH V CALLING SHCK SCOT OR AMY BUSH (BUSBY) AND V

WOULD CALL SLICK or ANDY to COME GET V Bc as i TALKING ON HER CELL PHONE

- D SAYS V HAS HAD TWO CELL PHONES but HE ON THIS WRONG

    ON FOUR OCCASIONS WHEN V VISITED B&B D AT THIS TROUBLE, D SAYS V's MONEY
    WAS CHARGES ON OCCASION

- ON FOUR OCCASIONS WHEN D & V HAD SEX, V WOULD COME TO D AND TELL
    D THAT D WOULD GET SOME MONEY

- D DISCUSS SEE KNIFE WOUNDS ON D's CHEST OR HAND ~

- REVIEW OF V's STATEMENT

- SEARCH OF CRIME SCENE - WHERE ROUND THE BLOODY RAG - WHERE IS THE
        BLOODY RAG ?

        V SAYS THERE WAS BLOOD EVERYWHERE / CRIME SCENE ?

    SLICK SCENE
    2625 HWY 21
    ANGIE / VARNADO, LA
    ~~COLLATS WITH CHECKED LIFE UNDER COP~~

    D SAYS THE VICTIM COULD HAVE STAYED IN THE LIVING ROOM OR TRAILER WHILE
    HE WAS IN THE BED

    V SAID D SAID SHE COULDN'T LEAVE UNTIL SHE MOVED UP - LOOK AT PHOTOS TAKEN
    ON 8/5/12  PHOTOS DON'T SHOW BAGS / WALLETS

    V SAID D POKED HER ON HER LIPS - PHOTOS DO NOT SHOW SWOLEN LIPS

- D WANTS ME TO SUBPOENA THE DR WHO TOOK THE RAPE KIT

3/27/14

TEL/CON TAMARA MAGEE    985-752-0449

RAMONA - SAID THAT V HAD NO SIGNS OF ANYTHING WRONG WITH HER

JANET BRANCH SAID A COUPLE OF TIMES TO TAMARA

IF SHE AND WOODY WERE NOT GOING TO BE TOGETHER THEN
SHE WAS GOING TO MAKE SURE WOODY W
JANET BRANCH WS AT TAMARA MAGEE HOUSE SITTING ON BACK
PORCH JANET TOLD TAMARA   SOMETIME IN SUMMER OF 2011
JANET WAS WOODY AND SHE WANTED ITEM

I JANET TOLD ME THIS SEVERAL TIMES
— THEY WERE HAVIN

TAMARA WAS LIVING IN AN APRT ACROSS THE ROAD
FMI - AND JANET WOULD SAY THIS WHEN WHEN THEY WOULD BE
TOGETHER · JANET IS A PROFOUND ALCOHOLIC

TAMARA SAYS
718 AVE C
BOGALUSA, LA 70427
DOES NOT NEED A SUBPOENA WILL BE HAPPY TO COME TO COURT
TAMARA'S CELL - 985-750-1332
TAMARA'S HOME - 985-732-0449

3/28/14   I ASKED TAMARA IF SHE EVER SAW THAT BRANCH SELF INFLICT BRUISE ON HER
FACE OR BODY -   TIN HERSELF OR ANYY REPORTED MINOR BLOWS TO AN
AREA ON HER FACE OR BODY TO SELF INDUCE BRUISES

4/1/14   TEL/CON TAMARA MAGEE SHE SAYS   JANET TOLD D's MOTHER THAT SHE
PUT MAKEUP ON HERSELF HAS CONFIRM THAT WOODY DONE IT, TAMARA'S
MOTHER TOLD THIS TO TAMARA. T

Motion to Suppress

A's statement ?

— DET STUBBS HAD THE WARRANT FOR "FORCIBLE RAPE OFFENSE DATE: 8/5/12"
BEFORE HE ₹ SHAW INTERROGATING Δ AT OR ABOUT 10:41 PM ON
8/5/12.  UNTIL THE    (EXH-1)    AND HE DIDN'T HE SAID HE GOT IT
                                                              AFTER

— WHAT TIME DID YOU PICK Δ UP ON 8/5/12

RE: JIMMY WOODROW MAGEE v WARDEN KENT

Dear Clerk,

I, JIMMY WOODROW MAGEE #506356, am in need of your assistance. Would you please file the petition along with the exhibits into this Honorable Court as soon as possible?

In advance, I thank you for your time and assistance involved in this very important matter.

Respectfully submitted,

Jimmy Woodrow Magee

JIMMY W. MAGEE 506356
DIXON CORRECTIONAL INSTITUTE
UNIT 2 DORM 1
P.O. BOX 788
JACKSON, LA 70748-0788

PLEASE SUBMIT THIS LETTER BEFORE THE BEGINNG OF THIS PETITION, 28 U.S.C. § 2254.

TENDERED FOR FILING

MAY 15 2019 WM

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Honorable Judge : UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RE: JIMMY WOODROW MAGEE V WARDEN JASON KENT, et al.

Dear Honorable Judge,

   I, JIMMY WOODROW MAGEE # 506356, am submitting this let-
ter in respect to the Exhibits throughout my case that was used
to incorporate the constitutional (Federal) and Louisiana statutes
that were violated from the beginning of this case until this day.
Enclosed in this is the Petition 28 U.S.C. § 2254 FOR A PERSON IN
STATE CUSTODY, a hand written petition, Counsel Knight's notes from
the case, and a Diminution of Sentence form with Conditions of Pa-
role from Richwood Correctional Center.

   Sir, the "Exhibits" that I used in the petition are as follows:
Arrest Reports, Bogalousa Police Department and Washington Parish
Sheriff's Office, Transcribed statement of Darryl Cooper, # 2012080160,
Detective Stubbs, Transcribed: Cristina Branch, August 6, 2012, Tran-
scribed Statement (s) of Janet Branch. #(S) 2012080160, Dectective
Stubbs, August 5, 2012, August 8, 2012, Transcribed Statement of
Jimmy Woodrow Magee, # 2012080160, Detective Stubbs, August 5, 2012,
Transcribed: Cristina Branch; Motion to Suppress; Docket Number:
12 CR8 119574; Transcripts, State of Louisiana v Jimmy Woodrow
Magee, Docket Number: 12 CR8 119574, Division: Criminal, Original V
Volume 1 of 6, Volume 2 of 6, Volume 3 of 6, Volume 4 of 6, Volume
5 of 6, Volume 6 of 6; Motion for Bill of Particulars and Discovery

Inspection, February 6, 2013, Counsel John W. Houge III; (MOTION) Notice of Intent to use Certificate of Analysis, April 3, 2014; Motion to Exclude DNA Evidence, Counsel Knight, Denied, April 14, 2014; Subpoena, March 28, 2014, April 1, 2014, Counsel Knight; LSU HEALTH CARE SERVICES DIVISION, BOUGALOUSA MEDICAL CENTER, WASHINGTON PARISH RAPE CRISIS CENTER, LA STATE POLICE CRIME LABORATORY; and a recorded copy of telephone conversation, July 31, 2013.

Sir, these are the Exhibits used throughout the petition submitted to this Honorable Court. I have filed to this Honorable Court an Enforcement Order to obtain a copy of the Exhibits, and I am on the 2nd Step of an ARP process to obtain a copy of the Exhibits to show a factual basis of the Federal Constitutional and Louisiana statutes violations that took place, so the facts of the violations could be precisely shown. I do not want anything I express as a violation not seen because the Honorable District Attorney left something out that should have been sent. That is the reason I have submitted "items" used as Exhibits has been stated.

In advance, I thank you for your time and consideration in this very important matter.

Respectfully submitted,

Jimmy Woodrow Magee

JIMMY W. MAGEE # 506356
DIXON CORRECTIONAL INSTITUTE
UNIT 2 DORM 1
P.O. Box 788
JACKSON, LA 70748-0788

neopost™
05/13/2019
US POSTAGE $007.35º

PRIORITY MAIL

ZIP 70748
041M12252425

CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST.
NEW ORLEANS, LA 70130

JIMMY WOODROW MAGEE # 506356
DIXON CORRECTIONAL INSTITUTE
UNIT 2 DORM 1
P.O. BOX 788
JACKSON, LA. 70748-0788

" LEGAL MAIL "

/151-D



NOT CENSORED
NOT RESPONSIBLE
FOR CONTENTS

MAY 1 6 2019

DIXON CORRECTIONAL
INSTITUTE
JACKSON PRISON