UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMY WOODROW MAGEE | CIVIL ACTION |
| VERSUS | NO. 19-9487 |
| WARDEN JASON KENT | SECTION M (2) |

**O R D E R**

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 18), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that petitioner's Motion to Stay and Abey (R. Doc. 15) is DENIED.

IT IS FURTHER ORDERED that the instant petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 (R. Doc. 1) be TRANSFERRED to the United States Court of Appeals for the Fifth Circuit in accordance with *In re Epps*, 127 F.3d 364 (5th Cir. 1997), for that court to determine whether petitioner is authorized under 28 U.S.C. § 2244(b) to file this habeas corpus petition in this district court.

New Orleans, Louisiana, this 23rd day of October, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE